UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CV-570-MU

| PRICE/McNABB, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **O R D E R** |
|  | ) |  |
| PSINET CONSULTING SOLUTIONS CO., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** comes before the Court upon its own motion. The Court stayed this case on November 9, 2001, pending resolution of bankruptcy proceedings taking place in the Southern District of New York. It has now come to the Court's attention that these proceedings have ended, and have resulted in the liquidation of the Defendant corporation. According to the bankruptcy's Plan Administrator, as approved by the Bankruptcy Court, all outstanding claims were allowed and have been resolved. As that would include the claims set forth in this action, this case is now moot. Therefore, this case is **DISMISSED.**

**IT IS SO ORDERED.**

Signed: July 12, 2006

Graham C. Mullen
United States District Judge